# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Scott Allen Summers**
        Plaintiff,
   v.                          CASE NUMBER: 5:13-cv-1531 (TJM/TWD)

**Hon. Martin Tangeman, Hon. Jac A. Crawford, Hon. Linda Hurst, Hon. Gary A. Feess, Hon. Victor B. Kenton, and Hon. Jay C. Gandhi**
        Defendants.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court ADOPTS the # [4] Order and Report-Recommendation. Therefore, the complaint brought against all defendants (Hon. Martin Tangeman, Hon. Jac A. Crawford, Hon. Linda Hurst, Hon. Gary A. Feess, Hon. Victor B. Kenton, and Hon. Jay C. Gandhi) is DISMISSED WITHOUT LEAVE TO AMEND.

All of the above pursuant to the order of the Honorable Senior U.S. District Judge Thomas J. McAvoy, dated the 25th day of August, 2014.

*Lawrence K. Baerman*
Clerk of Court

                                            s/ Michelle Coppola
                                              Deputy Clerk